**Harold STEFFEY, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 04–1382.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 1, 2004.

Decided Nov. 24, 2004.

Roger W. Rutherford, Wolfe, Williams & Rutherford, Norton, Virginia, for Appellant.

Donna L. Calvert, Regional Chief Counsel, Region III, Patricia M. Smith, Deputy Chief Counsel, Allyson Jozwik, Assistant Regional Counsel, Philadelphia, Pennsylvania, John L. Brownlee, United States Attorney, Sara Bugbee Winn, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Harold Steffey appeals the district court's order granting summary judgment to the Commissioner in this action challenging the Commissioner's denial of disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Steffey v. Commissioner,* No. CA–03–2 (W.D.Va. Feb. 5, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*